UNITED STATES of America, Plaintiff–Appellee

v.

Joseph James MYERS, Defendant–Appellant.

No. 08–31128
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 26, 2010.

Camille Ann Domingue, Assistant U.S. Attorney, Myers P. Namie, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Angela Barbera Odinet, Lafayette, LA, for Defendant–Appellant.

Joseph James Myers, Yazoo City, MS, pro se.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph James Myers has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Myers has filed a response. Our independent review of the record, counsel's brief, and Myers's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.